FILED

MAY 25 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. NO. **2:05CR124-A** |
| | ) [18 USC 500] |
| MARILYN WHEELER PEDIGO | ) |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNTS 1 - 4

That on or about November 19, 2004, within the Middle District of Alabama, the defendant,

MARILYN WHEELER PEDIGO,

with intent to defraud the United States and the Postal Service, did transmit, present, and cause to be transmitted and presented, the herein named money orders, knowing the same to contain forged and counterfeited signature, initial, and any stamped impression, and stamped without lawful authority, as follows:

| COUNT | DATE | SERIAL NUMBER | AMOUNT |
|---|---|---|---|
| 1 | 2004-11-05 | 07194193178 | $1,000.00 |
| 2 | 2004-11-05 | 07194193176 | $1,000.00 |
| 3 | 2004-11-05 | 07194193177 | $1,000.00 |
| 4 | 2004-11-05 | 07194193161 | $1,000.00 |

All in violation of Title 18, United States Code, Section 500.

A TRUE BILL:

*[signature: Michael C Ray]*
Foreperson

*[signature: Leura G. Canary]*
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*[signature: Tommie Brown Hardwick]*
Tommie Brown Hardwick
Assistant United States Attorney