AO 442   (Rev. 5/93)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

MARILYN WHEELER PEDIGO
4459 FISCHER LANE
PLANTERSVILLE, AL 36758

**WARRANT FOR ARREST**

CASE NUMBER   2:05CR124-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST __MARILYN WHEELER PEDIGO__
                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☒ Violation Notice   ☐ Probation Violation Petition
☐ Superseding Indictment

charging him or her   (brief description of offense)

FRAUD - MONEY ORDERS ( 4 counts)

in violation of ____18____ United States Code, ____500____

DEBRA P. HACKETT                                CLERK
Name of Issuing Officer                          Title of Issuing Officer

*Signature of Issuing Officer - Deputy Clerk*    May 26, 2005- Montgomery, AL
                                                 Date and Location

Bail fixed at   to be set at initial appearance   by   U.S. MAGISTRATE JUDGE
                                                       Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |