COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA
√ INITIAL APPEARANCE                         DATE: 6/28/05
☐ BOND HEARING
☐ DETENTION HEARING                          DIGITAL Recording : 2:29 - 2:48
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

PRESIDING MAG. JUDGE: Vanzetta Penn McPherson   DEPUTY CLERK: W. Robinson
CASE NO. 2:05cr124-A                            DEFENDANT NAME: Marilyn Wheeler Pedigo
AUSA: Tommie Hardwick                           DEFT. ATTY: Robert Illman
    Ron Thweatt                                 Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD
PTSO: _____                   USPO: _____

Defendant ( ) does; ( √ ) does NOT need an interpreter
Interpreter present ( √ ) NO; ( ) YES     Name:

_____

| | | |
|---|---|---|
| √ | | Date of Arrest or ☐ Arrest Rule 40    6/28/05 |
| ☐ | | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| ☐ | | Deft First Appearance with Counsel |
| ☐ | | Deft. First Appearance without Counsel |
| ☐ | | Requests appointed Counsel |
| √ | | Financial Affidavit executed √ *ORAL MOTION FOR APPT OF COUNSEL* |
| √ | | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ☐ | | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | | Deft. Advises he will retain counsel.  Has retained _____ |
| ☐ | | ☐ Government's ORAL  Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| ☐ | | Detention Hearing ☐ held; ☐set for |
| ☐ | | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | | Release order entered.  Deft advised of conditions of release |
| ☐ | | √ BOND EXECUTED (M/D AL charges) $.10,000   Deft released |
| | | ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | | Bond not executed.  Defendant to remain in Marshal's custody |
| ☐ | | Deft. ORDERED REMOVED to originating district |
| ☐ | | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. ☐Set for |
| | | DISCOVERY DISCLOSURE DATE: 6/28/05   Dft: 7/12/05 |
| ☐ | | NOTICE to retained Criminal Defense Attorney handed to counsel |
| √ | | WAIVER of Speedy Trial.  CRIMINAL TERM: 12/5/05 |
| | | Case set for Pretrial Conference on 9/19/05 |