## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☑ Northern  ☐ Southern  ☐ Eastern

HON. Delores R. Boyd   AT Montgomery, Alabama
DATE COMMENCED 9-19-2005 @ 11:03 ☑ a.m. ☐ p.m
DATE COMPLETED 9-19-2005 @ 11:05 ☑ a.m. ☐ p.m

CASE NO. 2:05cr124-A

UNITED STATES OF AMERICA    MARILYN WHEELER PEDIGO
Plaintiff(s)    vs.    Defendant(s)

### APPEARANCES

Plaintiff(s)/Government: Hardwick
Defendant(s): Hart

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Crt Rptr:
Law Clerk:
Interpreter:
USPO/USPTS:
Other:

### PROCEEDINGS:

☐ Motion Hearing:
☐ Status Conference
☐ Revocation
☐ Settlement Conference
☐ Non-Jury Trial
☐ Other
☐ Oral Argument
☐ Scheduling Conf.
☐ Telephone Conf.
☐ Revocation/Prtrl/SupvRel/Prob
☐ Evidentiary Hrg.
☐ Show Cause
☐ Sentencing

☑ Pretrial Conference

Pending Motions: None
Discovery Status:
Plea Status: Plea Trial Div.
Trial Status/Length: 1 day
Trial Term: 12-05-05