UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:05-CR-124-A |
| ) | |
| MARILYN WHEELER PEDIGO ) | |
| ) | |

**ORDER**

For good cause, it is **ORDERED** that a supplemental pretrial conference is set at **11:00 a.m.** on **November 14, 2005**, before the undersigned in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, Alabama 36104.

Done this 27th day of September, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE