UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-124-A |
| | ) | |
| MARILYN WHEELER PEDIGO | ) | |
| | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the supplemental pretrial conference set at 11:00 a.m. on November 14, 2005, (Doc. 14, filed September 27, 2005), is hereby re-set to **10:00 a.m. on November 16, 2005.**

Done this 3rd day of November, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ **Delores R. Boyd**
　　　　　　　　　　　　　　　　　　　　　　　DELORES R. BOYD
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE