# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
❏ Northern    ❏ Southern    ❏ Eastern

| | |
|---|---|
| HON. Delores Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 11-16-2005 | @ 10:02 ☒ a.m. ❏ p.m |
| DATE COMPLETED 11-16-2005 | @ 10:07 ☒ a.m. ❏ p.m |

CASE NO. 2:05cr124-A

UNITED STATES OF AMERICA    VS.    MARILYN WHEELER PEDIGO
*Plaintiff(s)*                          *Defendant(s)*

## APPEARANCES

**Plaintiff(s)/Government**
Hardwick

**Defendant (s)**
~~Jennifer Hart~~ Smith

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Crt Rptr:
Law Clerk:
Interpreter:
USPO/USPTS:
Other:

### PROCEEDINGS:

- ❏ Motion Hearing :
- ❏ Status Conference
- ❏ Revocation
- ❏ Settlement Conference
- ❏ Non-Jury Trial
- ❏ Other
- ❏ Oral Argument
- ❏ Scheduling Conf.
- ❏ Telephone Conf.
- ❏ Revocation/Prtrl/SupvRel/Prob
- ❏ Evidentiary Hrg.
- ❏ Show Cause
- ❏ Sentencing
- ☑ Pretrial Conference

Pending Motions: None   Pre-Trial Div.
Discovery Status:           Plea Status:
Trial Status/Length: Dism   Trial Term: