IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:05cr124-A |
| | ) | |
| MARILYN WHEELER PEDIGO | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

NOW COMES the Defendant, Marilyn Wheeler Pedigo, by and through undersigned counsel, Jennifer A. Hart, and pursuant to 18 U.S.C. §§3161(h)(2) and 3161( h)(8)(B)(I), respectfully moves this Court to continue the trial of this action from the present trial date of December 5, 2005, to allow for the final consideration/resolution of pretrial diversion in this matter.  In support of this Motion, defendant would show:

1.	Ms. Pedigo has been charged by indictment in this district with transmission of forged/counterfeit money orders in violation of 18 U.S.C. §500.

2.	The United States Attorneys Office has approved Ms. Pedigo for pretrial diversion. Additionally, USPO Ron Thweatt has advised that he is recommending that Ms. Pedigo be placed in the diversion program.

3.	This case is currently referred to the United States Probation Office for completion of the pretrial diversion "work up".  Once the work up is completed, the government will file its Motion to Dismiss the Indictment.

4.	Because prosecution will be deferred/diverted, pursuant to the agreement upon the final work up, it is in the interest of justice to continue trial in this matter so as to allow the parties more time to finalize Ms. Pedigo's diversion agreement.  18 U.S.C. §§ 3161(h)(2) and

3161( h)(8)(B)(I).

5. The Government, through Assistant United States Attorney, Tommie Hardwick, has no opposition to the granting of a continuance.

WHEREFORE, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

      I hereby certify that on November 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tommie Hardwick, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama  36104.

      Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189