IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR. ACTION NO. 2:05cr124-A |
| | ) | |
| MARILYN WHEELER PEDIGO | ) | |

**ORDER**

Upon consideration of Defendant's Unopposed Motion to Continue Trial (Doc. #17), and the Defendant having filed a Waiver of Speedy Trial and the United States having no objection, the court finds that, for the reason that additional time is needed to complete the pretrial diversion work up, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, it is hereby ORDERED as follows:

1. The Motion (Doc. #17) is GRANTED.

2. Trial of this case is continued from the term of court commencing December 5, 2005 to the term of court commencing March 20, 2006.

DONE this 22nd day of November, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE