IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05cr124-WHA |
| | ) | |
| MARILYN WHEELER PEDIGO | ) | |

### ORDER

Upon consideration of the Motion for Leave to Dismiss the Indictment as to Marilyn Wheeler Pedigo, heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore,

CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this 14th day of March, 2006.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE